UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| **DAVID JOHNSTON,** | : | 18 U.S.C. § 2423(b) |
| Defendant. | : | (Travel with Intent to Engage in Illicit |
| | : | Sexual Conduct) |

## INFORMATION

The United States Attorney charges that:

Case: 1:17-cr-00222
Assigned To : Judge Bates, John D.
Assign. Date : 11/16/2017
Description: INFORMATION (A)

### COUNT ONE

On or about January 31, 2017, in the District of Columbia and elsewhere, the defendant, **DAVID JOHNSTON**, did knowingly travel in interstate commerce, that is, from the Commonwealth of Virginia to the District of Columbia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2241(c), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

JESSIE K. LIU
United States Attorney

_____
JASON PARK
Assistant United States Attorney, D.C. Bar No. 1005417
U.S. Attorney's Office
555 4th Street, N.W., Room 10-842
Washington, D.C. 20530
202-252-7202
Jason.park@usdoj.gov